UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 19 P 3: 04

U.S. DISTRICT COURT
DISTRICT OF MASS

JASON MacLEOD, )
      Plaintiff, )
)
v. ) 05-10745-DPW
)
JOHN HEGGARTY, ET AL., )
      Defendants. )

### NOTICE OF APPEARANCE

Please enter the undersigned's appearance on behalf of the Defendants, John Heggarty and Timothy B. Dube.

                Respectfully submitted,
                For the Defendants,
                **John Heggarty and Timothy B. Dube,**
                By their attorneys,

                Matthew E. Dwyer (BBO# 139840)
                Brian M. Maser (BBO# 655667)
                Dwyer, Duddy and Facklam
                Attorneys At Law, P.C.
                One Center Plaza, Suite 360
                Boston, MA 02108
                (617) 723-9777

Date: April 18, 2005
f:\lpa\macleod\pldgs\not.appear.bmm.doc

### CERTIFICATE OF SERVICE

I, Brian M. Maser, do hereby certify that I have served a true and accurate copy of the foregoing document upon Richard N. Foley, Esquire, 414 State Street, Portsmouth, NH 03801, this 18th day of April, 2005.

                Brian M. Maser