UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY 23  P 3: 02

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| JASON MacLEOD,<br>       Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY, ET AL.,<br>       Defendant. | 05-10745-DPW |

## VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Notice is hereby given that the Plaintiff in the above-captioned action does hereby voluntarily discontinue and dismiss this action without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

For the Plaintiff,
**Jason MacLeod,**

By his attorney,


_____
Richard N. Foley
414 State Street
Portsmouth, NH 03801
(603) 433-1303

For the Defendants,
**John Heggarty and
Timothy B. Dube,**

By their attorneys,


_____
Matthew E. Dwyer (BBO# 139840)
Brian M. Maser (BBO# 655667)
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108
(617) 723-9777

Dated: May 17, 2005
f:\lpa\macleod\pldgs\vol.stip.dismissal.doc